AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: CR 95-69-2T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for John Silverio

I certify that I am admitted to practice in this court.

12-4-06

Date

Signature

Edward C Roy Jr. 3029

Print Name Bar Number

10 WEYBOSSET STREET

Address

PROVIDENCE RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number